IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| **COREY KNOX,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **V.** | ) | **Civil No.  03-446-JPG** |
| | ) | |
| **CAPT. LASHBROOK, et al.,** | ) | |
| | ) | |
| **Defendants.** | ) | |

**ORDER**

**PROUD, Magistrate Judge:**

The U.S. Marshals Service was ordered to effect service of process upon the defendant(s) in the above-captioned case.  The Marshal Service has been informed by the Illinois Department of Corrections that defendant **C/O Riggleman** is not employed by the Illinois Department of Corrections.  The Court on its own motion directs the **Illinois Department of Corrections**  to provide the last know address for defendant **C/O Riggleman**.  Defendant's address will be kept in confidence by both the Marshal Service and the Clerk of Court, and will only be used to effect service and to conduct the usual business of the Court.

**IT IS HEREBY ORDERED** that for good cause shown, and in accord with *Graham v. Satoski*, 51 F.3d 710 (7th Cir. 1995), on or before **November 4, 2005**, the Illinois Department of Corrections shall provide the U.S. Marshal Service with the last known address of **C/O Riggleman**.   The U.S. Marshal Service can be contacted at 618-482-9336 to arrange for the orderly conveyance of this information.  A Notice of Compliance shall be filed with the Court indicating conveyance of information to the Marshal Service.

**IT IS FURTHER ORDERED** that the Marshal Service shall reveal these address to the

1

Clerk of Court as necessary for the conduct of routine business, otherwise Defendant's address

shall be retained by the Marshal Service.

      **IT IS FURTHER ORDERED** that the Clerk of Court shall serve copies of this order on

the U.S. Marshal for the Southern District of Illinois, as well as the Director of the Illinois

Department of Corrections and the Personnel Office of the Illinois Department of Corrections,

both at P.O. Box 19277, Springfield, IL 62794-9277.  Copies shall also be mailed to all attorneys

of record.

      **IT IS SO ORDERED.**

      **DATED:**      **October 5, 2005**

                    **s/ Clifford J. Proud**
                    **CLIFFORD J. PROUD**
                    **U. S. MAGISTRATE JUDGE**