IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| **COREY KNOX,** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| -vs- | ) | NO. 03-446-CJP |
| | ) | |
| **CECIL RUNYON, C/O SELLER,** | ) | |
| **C/O PONINSKI, B. GALE,** | ) | |
| **GUY PIERCE, SERGEANT COWAN** | ) | |
| **and KAREN MCKINNEY,** | ) | |
| | ) | |
| Defendants. | ) | |

## JUDGMENT IN A CIVIL CASE

Defendant **C/O RIGGELMAN** was dismissed by an Order entered by Judge J. Phil Gilbert on December 12, 2005 (Doc. 39).

Defendants **JACQUELINE LASHBROOK, DENNY BRYANT, DANIEL DUNN, GEORGE WELBORN, JEFFREY RICHELMAN, KENNETH TURNER** and **JACK ASHBY** were granted were granted judgment as a matter of law by an Order entered by Magistrate Judge Clifford J. Proud on September 14, 2006, (Doc. 76).

**IT IS ORDERED AND ADJUDGED** that judgment is entered in favor of defendants **JACQUELINE LASHBROOK, DENNY BRYANT, DANIEL DUNN, GEORGE WELBORN, JEFFREY RICHELMAN, KENNETH TURNER JACK ASHBY** and **C/O RIGGLEMAN** and against plaintiff **COREY KNOX**.

Plaintiff shall take nothing from this action.

**DATED**: September 14, 2006

                                                    **NORBERT G. JAWORSKI,  CLERK**

                                                    **BY: S/Angela Vehlewald**
                                                          Deputy Clerk

**Approved by      S/Clifford J. Proud**
                **United States Magistrate Judge**
                      **Clifford J. Proud**